**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Alpha Transports, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known) | **24-13022** |

☒ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Amur** | Describe debtor's property that is subject to a lien | $31,716.00 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name
**304 West 3rd Street, PO Box 2555**
**Grand Island, NE 68801**
Creditor's mailing address

**2017 Isuzu NPR Box Truck**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Byline Financial Group** | Describe debtor's property that is subject to a lien | $15,000.00 | $3,949.00 |
|---|---|---|---|---|

Creditor's Name
**2801 Lakeside Drive Suite 212**
**Deerfield, IL 60015**
Creditor's mailing address

**All Personal Property**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Alpha Transports, LLC | Case number (if known) | 24-13022 |
|---|---|---|---|
| | Name | | |

1. Byline Financial Group
2. JP Morgan Chase Bank
3. The Enterprise Center

---

| 2.3 | **JP Morgan Chase Bank** | **Describe debtor's property that is subject to a lien** | $237,000.00 | $3,949.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Personal Property** | | |

**1628 JFK Blvd.**
**Philadelphia, PA 19103**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Santander Bank** | **Describe debtor's property that is subject to a lien** | $45,000.00 | $25,856.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford Transit 350 Cargo Van** | | |

**3 Huntington Quad, Suite 101N**
**Melville, NY 11747**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **The Enterprise Center** | **Describe debtor's property that is subject to a lien** | $180,000.00 | $3,949.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Personal Property** | | |

**4548 Market Street**
**Philadelphia, PA 19139**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| Debtor | **Alpha Transports, LLC** | Case number (if known) | **24-13022** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.2** | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $508,716.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |