# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alpha Transports, LLC,<br><br>　　　　　　　　　　*Debtor*. | Case No. 24-13022-amc<br>Chapter 7 |

## Motion to Dismiss Case

Debtor Alpha Transports, LLC, through its attorney, moves this Court as follows:

1. This case was filed voluntarily under chapter 7 on August 29, 2024.

2. The Debtor commenced this bankruptcy case in good faith with the intent of complying with the Bankruptcy Code and ensuring an orderly resolution of its financial affairs.

3. Since filing, the Debtor has made reasonable efforts to provide the Trustee with documents and information necessary for the administration of the estate, including financial records, tax filings, and corporate documents.

4. However, the Debtor has been unable to provide all necessary records and information, which has hindered the administration of the estate, making it impractical to proceed with the Chapter 7 process.

5. Under 11 U.S.C. § 707(a), a Chapter 7 case may be dismissed "only for cause." The Debtor has decided that, under the circumstances, dismissal of the case is the most appropriate course of action.

6. As a corporate debtor, the Debtor is not eligible for a discharge under 11 U.S.C. § 727(a)(1), and therefore, dismissal will not prejudice creditors. Rather,

dismissal will allow creditors to pursue available remedies outside of bankruptcy without unnecessary delay.

    For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: January 30, 2025          SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek, Esq.
    Brad J. Sadek, Esq.
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com